UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul Finkelstein

V.

CIVIL ACTION
NO. 22-11116-NMG

LeachGarner

## ORDER OF REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

_____EARLY NEUTRAL EVALUATION       \_\_X\_\_MEDIATION: June, 2023

_____MINI-TRIAL                                        \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE        _____SPECIAL MASTER

\_\_\_\_\_ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.     If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

BY: /s/ Christine M. Lima
           DEPUTY CLERK

DATE:  9/20/22

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | ___x___ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |