UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL FINKELSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>LEACHGARNER, INC.<br><br>    Defendant. | Civil Action No. 1:22-CV-11116-NMG |

### DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Defendant LeachGarner, Inc., by its undersigned counsel, in accordance with Local Rule 16.1(d)(3), certify that it has conferred:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

b) to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

/s/ Melissa Casey
Melissa Casey, Director of HR
On Behalf of LeachGarner, Inc.

Defendant.
LEACHGARNER. INC.

By its attorneys,

/s/ Sarah E. Lovejoy
Matthew D. Freeman, BBO #664355
Matthew.Freeman@jacksonlewis.com
Sarah E. Lovejoy (BBO# 699256)
Sarah.Lovejoy@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza, 4th floor
Boston, MA 02116
(617) 367-0025

CERTIFICATE OF SERVICE

This hereby certifies that on this 20th day of September 2022 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Sarah E. Lovejoy*
Jackson Lewis P.C.